UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOES 1-5,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 24-cv-05017-SK<br><br>**AMENDED ORDER TO SHOW CAUSE** |

The Court held an initial Case Management Conference on November 18, 2024. At the Case Management Conference, the Court explained to Plaintiff that although he verbally consented on the record to have this matter heard by a magistrate judge, that he was required to file a written form to consent to have this matter heard by a magistrate judge. The Court provided Plaintiff with four notices regarding consent or declination before the Case Management Conference was held. To date, Plaintiff has still not filed a consent or declination.

Moreover, at the Case Management Conference, the Court made clear that Plaintiff had an obligation to serve Defendants. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The Court must extend the time for service "if the plaintiff shows good cause for the failure." *Id*. The ninety-day deadline expired on November 10, 2024. Plaintiff has not moved to extend the deadline and it is not clear whether Plaintiff has served Defendants yet.

Additionally, at the initial Case Management Conference the Court scheduled a further Case Management Conference for January 13, 2025. Plaintiff's case management statement was

due to be filed by no later than January 6, 2025.  Plaintiff failed to file a case management statement and failed to appear for the Case Management Conference.  Therefore, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than noon **February 4, 2025**, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and why Plaintiff's counsel should not be personally sanctioned in the amount of $200.

**IT IS SO ORDERED**.

Dated: January 15, 2025



SALLIE KIM
United States Magistrate Judge