UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOES 1-5,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 24-cv-05017-SK<br><br>**ORDER OF REASSIGNMENT WITH REPORT AND RECOMMENDATION** |

Although Plaintiff verbally consented to the jurisdiction of a magistrate judge, he has not yet filed the written form formally consenting. Moreover, Defendants in the above captioned matter have not yet appeared and, thus, have not consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636. Therefore, the Court does not have authority to make a dispositive ruling in this case and ORDERS that this case be REASSINGED to a District Judge with the following Report and Recommendation.

On January 15, 2025, the Court issued an Order to Show Cause ("OSC") why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and why Plaintiff's counsel should not be personally sanctioned in the amount of $200. Even though Plaintiff has been reminded about the obligation to serve Defendants within 90 days under Federal Rule of Civil Procedure 4(m), it is not clear if Defendants have been served. The Court also noted in the OSC that Plaintiff failed to file a case management statement and failed to appear for the case management conference.

Plaintiff's deadline to respond in writing to the OSC was February 4, 2025. This deadline has passed, and, to date, Plaintiff has not responded to the OSC. Therefore, the Court RECOMMENDS that this action be dismissed without prejudice and that Plaintiff's counsel be

1  sanctioned personally in the amount of $200.  If Plaintiff wishes to file an objection to these

2  recommendations, he may do so within fourteen days of being served with a copy of this Report.

3  *See* 28 U.S.C § 636(b).

4  **IT IS SO ORDERED**.

5  Dated: February 6, 2025



SALLIE KIM
United States Magistrate Judge