UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOES 1-5,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 24-cv-05017-TLT<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 17 |

The court has reviewed Magistrate Judge Sallie Kim's Report and Recommendation Re: Dismissal for Failure to Prosecute pursuant to Federal Rules of Civil Procedure 4(b); Failure to Serve the Named Defendants pursuant to Federal Rules of Civil Procedure 4(m); and Sanctions for Failure to Comply with Court orders.

Plaintiff's deadline to respond in writing to the OSC was February 4, 2025. This deadline has passed, and, *to date*, Plaintiff has not responded to the OSC on either February 4, 2025 or March 4, 2025. More importantly, all court orders have been ignored.

The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the matter is dismissed for failure to prosecute and failure to comply with court orders. Sanctions in the amount of $200.00 are hereby imposed payable to the Clerk of the Court.

The Clerk of the Court is ordered to terminate the matter and close the case.

This resolves ECF 17.

**IT IS SO ORDERED.**

Dated: May 21, 2025

_____
TRINA L. THOMPSON
United States District Judge